IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| OLEVIA LAVERNE GATEWOOD, a/k/a OLIVIA LAVERNE GATEWOOD,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Civil Action No. 5:16-CV-060-C |

## ORDER

Plaintiff appealed an adverse decision of Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge entered his Report and Recommendation on March 14, 2017. Neither party has filed written objections and the time to do so has now expired.

The Court has reviewed the Report and Recommendation for clear error and finds none. It is therefore **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court, that the decision of the Acting Commissioner is **REVERSED**, and that the above-styled and -numbered cause is hereby **REMANDED** for further administrative proceedings consistent with the Report and Recommendation.

Dated this 1st day of May, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE